**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2395**

SIMHAH TAMAR,

            Plaintiff - Appellant,

       v.

GEICO CASUALTY COMPANY; GEICO INDEMNITY COMPANY; GEICO
GENERAL INSURANCE COMPANY; GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:10-cv-01067-CMH-IDD)

Submitted:  April 19, 2012               Decided:  April 24, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Simhah Tamar, Appellant Pro Se.  Joel Jacob Borovsky, JACKSON
LEWIS, LLP, Reston, Virginia; Bruce Stephen Harrison, Fiona W.
Ong, SHAWE & ROSENTHAL, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Simhah Tamar appeals the district court's order granting Defendants' motion for summary judgment and dismissing her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tamar v. Geico Cas. Co., No. 1:10-cv-01067-CMH-IDD (E.D. Va. Oct. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED